1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHERRI L. DEEM, individually and as the Personal Representative of the Estate of THOMAS A. DEEM, deceased,<br><br>Plaintiff,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION; et al.,<br><br>Defendants. | No. 3:17-cv-05965-BHS<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT GENERAL ELECTRIC COMPANY |

## **STIPULATION**

Plaintiff Sherri L. Deem, individually and as the Personal Representative of the Estate of Thomas A. Deem (hereinafter "Plaintiff"), and Defendant General Electric Company by and through their counsel of record, stipulate that all claims against General Electric Company only may be dismissed with prejudice and without costs or attorney fees as to any party in the above-captioned matter, reserving to Plaintiff her claims against the other parties.

//

//

//

//

//

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT GENERAL ELECTRIC COMPANY - 1
Case No.: 3:17-cv-05965-BHS

TANENBAUM KEALE, LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle WA 98101
206.889.5150

| | | |
|---|---|---|
| 1 | DATED this 24th day of January 2020. | DATED this 24th day of January 2020. |
| 2 | | |
| 3 | By: s/David Humen | By: s/Christopher S. Marks |
| | David Humen (admitted *pro hac vice*) | By: s/Erin P. Fraser |
| 4 | DEAN OMAR BRANHAM, LLP | Christopher S. Marks, WSBA #28634 |
| 5 | 302 N. Market Street, Suite 300 | Erin P. Fraser, WSBA #43379 |
| | Dallas, TX 75202 | TANENBAUM KEALE LLP |
| 6 | (214) 722-5990 | One Convention Place |
| | Email: badams@dobllp.com | 701 Pike Street, Suite 1575 |
| 7 | | Seattle WA 98101 |
| | Attorneys for Plaintiff | (206) 889-5150 |
| 8 | | Email:   cmarks@tktrial.com |
| 9 | | efraser@tktrial.com |
| | | seattle.asbestos@tktrial.com |
| 10 | | |
| | | Attorneys for General Electric Company Corporation |

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE OF DEFENDANT GENERAL ELECTRIC
COMPANY - 2
Case No.: 3:17-cv-05965-BHS

TANENBAUM KEALE, LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle WA 98101
206.889.5150

# ORDER OF DISMISSAL

THIS MATTER having come before the Court by way of stipulated motion by Plaintiff and Defendant General Electric Company to dismiss all claims against General Electric Company with prejudice and without fees and costs, and the Court being fully advised in the premises, now, therefore, it is hereby ORDERED as follows:

All of Plaintiff's claims against General Electric Company only are hereby dismissed with prejudice and without costs as to any party.

DATED: This 29th day of January, 2020.

_____
BENJAMIN H. SETTLE
United States District Judge

PRESENTED BY:

By: s/Christopher S. Marks
By: s/Erin P. Fraser
Christopher S. Marks, WSBA #28634
Erin P. Fraser, WSBA #43379
TANENBAUM KEALE LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle WA 98101
(206) 889-5150
Email:   cmarks@tktrial.com
efraser@tktrial.com
seattle.asbestos@tktrial.com

Attorneys for General Electric Company

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT GENERAL ELECTRIC COMPANY - 3
Case No.: 3:17-cv-05965-BHS

TANENBAUM KEALE, LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle WA 98101
206.889.5150