UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SHERRI L. DEEM, | CASE NO. C17-5965 BHS |
| Plaintiff, | ORDER |
| v. | |
| AIR & LIQUID SYSTEMS CORPORATION, et al., | |
| Defendants. | |

THIS MATTER is before the Court on Plaintiff Sherri Deem's Motion for Leave to File Supplemental Briefing re: Maritime Law, Dkt. 377. Deem asks the Court to permit her to file supplemental briefing on the impact of maritime law on remaining Defendants' John Crane, Inc., Crosby Valve LLC, and the William Powell Company's pending dispositive motions, Dkts. 153, 231, 263, 371, and 372. The Court has previously ruled that maritime law applies to this case. Dkt. 331.

Defendants oppose Deem's request, arguing that she already argued the impact of maritime law in her various responses to their motions, and that permitting her to

ORDER - 1

supplement that briefing would prejudice them by permitting her a "second bite at the apple." Dkt. 392 at 3. This is not persuasive.

The Court already informed the parties that Deem's maritime law analysis was inadequate. The Court and the parties benefit when issues are fully and thoughtfully briefed. Indeed, the Court often asks for supplemental briefing even where the parties do not seek it. Furthermore, the defendants have filed duplicative dispositive motions which together amount to two bites, at least, at the proverbial apple. *See* Dkts. 72, 263, and 372 (Crane); 153 and 371 (Crosby); and 231 and 374 (Powell).

Deem's Motion for Leave to File Supplemental Briefing re Maritime Law, Dkt. 377, is GRANTED. She shall file one brief no longer than fifteen (15) pages within fourteen (14) days. Each defendant may file a ten-page Response within seven days of Deem's brief. Deem may file a single reply or individual replies not to exceed more than fifteen (15) total pages within seven (7) days of the Response.

The remaining motions, Dkts. 72, 153, 231, 245, 249, 263, 371, and 372, are RE-NOTED for December 16, 2022.

IT IS SO ORDERED.

Dated this 16th day of November, 2022.

BENJAMIN H. SETTLE
United States District Judge