The Honorable Benjamin H. Settle

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SHERRI I. DEEM, INDIVIDUALLY AND AS PERSON REPRESNETATIVE OF THE ESTATE OF THOMAS A. DEEM,<br><br>Plaintiff,<br><br>v.<br><br>ARMSTRONG INTERNATIONAL, INC., ET AL.,<br><br>Defendants. | Case No. 3:17-cv-05965-BHS<br><br>STIPULATED MOTION AND ORDER TO EXTEND DEADLINES ON EXPERT DISCLOSURES, DISCOVERY CUT-OFF AND DEPOSITIONS OF PLAINTIFF'S FAMILY MEMBERS |

## STIPULATED MOTION

COMES NOW counsel for Defendant John Crane Inc. ("JCI"), on the one hand, and counsel for Plaintiffs Sherri L. Deem, individually and as Personal Representative of the Estate of Thomas A. Deem ("Plaintiff"), on the other hand, and hereby moves this Court to enter an Order allowing 1) expert disclosure deadlines for Defendants to be due January 4, 2023, 2) the deadline for discovery to be completed to January 4, 2023 and 3) that depositions of Plaintiff's family members may be taken after the discovery cut-off of January 4, 2023, but prior to the due

STIPULATED MOTION TO EXTEND DEADLINES
Case No.: 3:17-cv-05965-BHS - 1

SELMAN BREITMAN LLP
600 University Street, Suite 1800
Seattle, WA 98101-4129
T: 206.447.6461  F: 206.588.4185

2909 44445 4865-3985-7217 .v1

date of the pre-trial order.  The previously entered orders on stipulations specifically relating to the deposition of Dr. Ronald Gordon (Dkt. 251) and all expert, lay, fact and corporate representative witnesses of JCI (Dkt.225) remain in effect. Those stipulations allow the aforementioned depositions be completed after the discovery cut-off, which would now be January 4, 2023.

Defendant JCI has notified all Defendants in this case of this stipulation and proposed order and have been told they have no objections.

Dated this 30th day of November 2022.

/s/ *Daira Waldenberg*
Daira Waldenberg, WSBA #27469
600 University Street, Suite 1800
Seattle, WA 98101-4129
dwaldenberg@selmanlaw.com

*Attorneys for Defendant JOHN CRANE INC*

*/s/ Lucas Garrett* (signed by Daira Waldenberg with permission)
Lucas Garrett, WSBA #38452
SCHROETER, GOLDMARK & BENDER
810 Third Avenue, Suite 500
Seattle, WA 98104
T: 206-622-8000
garrett@sgb-law.com

David Humen (Pro Hac Vice)
Dean Omar Branham, LLP
302 North Market Street, Suite 300
Dallas, Texas 75202
dhumen@dobllp.com

*Attorneys for Plaintiff*

## ORDER

Based upon the foregoing Stipulated Motion, it is hereby ORDERED that Defendants Expert Disclosures are now due January 4, 2023, the deadline to complete discovery in this case is now January 4, 2023 and depositions of Plaintiff's family members may be taken after the discovery cut-off of January 4, 2023, but prior to the due date of the pre-trial order.

//

//

STIPULATED MOTION TO EXTEND DEADLINES
Case No.: 3:17-cv-05965-BHS - 2

SELMAN BREITMAN LLP
600 University Street, Suite 1800
Seattle, WA 98101-4129
T: 206.447.6461  F: 206.588.4185

43917.1 2909.44445

2909 44445 4865-3985-7217 .v1

DATED this 5th day of December, 2022.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

/s/ *Daira Waldenberg*
Daira Waldenberg, WSBA #27469
600 University Street, Suite 1800
Seattle, WA 98101-4129
dwaldenberg@selmanlaw.com

*Attorneys for Defendant JOHN CRANE INC.*

*/s/Lucas Garrett* (signed by Daira Waldenberg with permission)
Lucas Garrett, WSBA #38452
SCHROETER, GOLDMARK & BENDER
810 Third Avenue, Suite 500
Seattle, WA 98104
T: 206-622-8000
garrett@sgb-law.com

David Humen (*Pro Hac Vice*)
Dean Omar Branham, LLP
302 North Market Street, Suite 300
Dallas, Texas 75202
dhumen@dobllp.com

*Attorneys for Plaintiff*

STIPULATED MOTION TO EXTEND DEADLINES
Case No.: 3:17-cv-05965-BHS - 3

SELMAN BREITMAN LLP
600 University Street, Suite 1800
Seattle, WA 98101-4129
T: 206.447.6461  F: 206.588.4185

43917.1  2909.44445

2909 44445 4865-3985-7217 .v1

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2022 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all counsel of record who receive CM/ECF notification.

*/s/ Emily Rose*

Emily Rose

STIPULATED MOTION TO EXTEND DEADLINES
Case No.: 3:17-cv-05965-BHS - 4

SELMAN BREITMAN LLP
600 University Street, Suite 1800
Seattle, WA 98101-4129
T: 206.447.6461  F: 206.588.4185

43917.1  2909.44445

2909 44445 4865-3985-7217 .v1