The Honorable Benjamin H. Settle

# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| SHERRI I. DEEM, INDIVIDUALLY AND AS PERSONAL REPRESNETATIVE OF THE ESTATE OF THOMAS A. DEEM,<br><br>Plaintiffs,<br><br>v.<br><br>ARMSTRONG INTERNATIONAL, INC., ET AL.<br><br>Defendant. | Case No. 3:17-cv-05965-BHS<br><br>STIPULATED MOTION AND ORDER TO EXTEND DEADLINE ON EXPERT DISCLOSURE OF CAPTAIN MARGARET MCCLOSKEY (USN, RET.) |

**STIPULATED MOTION**

COMES NOW counsel for Defendant John Crane Inc. ("JCI"), on the one hand, and counsel for Plaintiffs Sherri L. Deem, individually and as Personal Representative of the Estate of Thomas A. Deem ("Plaintiffs"), on the other hand, and hereby moves this Court to enter an amended Order allowing the expert disclosure deadline for JCI's expert Captain Margaret McCloskey (USN, Ret.) ("Captain McCloskey") be due January 25, 2023.

Defendant JCI has notified all Defendants in this case of this stipulation and proposed order and have been told they have no objection.

AMENDED STIPULATED MOTION TO EXTEND DEADLINES
Case No.: 3:17-cv-05965-BHS - 1

SELMAN BREITMAN LLP
600 University Street, Suite 1800
Seattle, WA 98101-4129
T: 206.447.6461  F: 206.588.4185

43917.1 2909.44445

Dated this 25th day of January 2023.

/s/ *Daira Waldenberg*
Daira Waldenberg, WSBA #27469
Hawkins Parnell & Young, LLC
600 University Street, Suite 2305
Seattle, WA 98101-4129
dwaldenberg@hpylaw.com

*Attorneys for Defendant JOHN CRANE INC.*

/s/ *Lucas Garrett (with permission)*
Lucas Garrett, WSBA #38452
SCHROETER, GOLDMARK & BENDER
810 Third Avenue, Suite 500
Seattle, WA 98104
T: 206-622-8000
garrett@sgb-law.com

David Humen (Pro Hac Vice)
Dean Omar Branham, LLP
302 North Market Street, Suite 300
Dallas, Texas 75202
dhumen@dobllp.com

*Attorneys for Plaintiffs*

## ORDER

Based upon the foregoing Stipulated Motion, it is hereby ORDERED that the expert disclosure deadline for JCI's expert Captain McCloskey be due January 25, 2023.

Dated this 26 day of January, 2023.

BENJAMIN H. SETTLE
United States District Judge

Presented by:

/s/ *Daira Waldenberg*
Daira Waldenberg, WSBA #27469
Hawkins Parnell & Young, LLP
600 University Street, Suite 1800
Seattle, WA 98101-4129
dwaldenberg@hpylaw.com

*Attorneys for Defendant JOHN CRANE, INC.*

STIPULATED MOTION TO EXTEND DEADLINE - CAPTAIN MCCLOSKEY
Case No.: 3:17-cv-05965-BHS - 2

HAWKINS PARNELL & YOUNG, LLP
600 University Street, Suite 1800
Seattle, WA 98101-4129
T: 206.447.6461  F: 206.588.4185

1 | */s/* _____
2 | Lucas Garrett, WSBA #38452
  | SCHROETER, GOLDMARK & BENDER
3 | 810 Third Avenue, Suite 500
  | Seattle, WA 98104
4 | T: 206-622-8000
  | garrett@sgb-law.com
5 |
6 |
  | David Humen (*Pro Hac Vice*)
7 | Dean Omar Branham, LLP
  | 302 North Market Street, Suite 300
8 | Dallas, Texas 75202
  | dhumen@dobllp.com
9 |
10 | *Attorneys for Plaintiffs*

STIPULATED MOTION TO EXTEND DEADLINE - CAPTAIN MCCLOSKEY
Case No.: 3:17-cv-05965-BHS - 3

HAWKINS PARNELL & YOUNG, LLP
600 University Street, Suite 1800
Seattle, WA 98101-4129
T: 206.447.6461  F: 206.588.4185

**CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all counsel of record who receive CM/ECF notification.

*/s/Rhonda Faye Hodge*
Rhonda Faye Hodge
Legal Assistant

STIPULATED MOTION TO EXTEND DEADLINE - CAPTAIN MCCLOSKEY
Case No.: 3:17-cv-05965-BHS - 4

HAWKINS PARNELL & YOUNG, LLP
600 University Street, Suite 1800
Seattle, WA 98101-4129
T: 206.447.6461  F: 206.588.4185